```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

```
TRACY RAVIZEE,                       :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :    CIVIL ACTION 14-0412-M
                                     :
CAROLYN W. COLVIN,                   :
Commissioner of Social Security,     :
                                     :
     Defendant.                      :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Tracy Ravizee.

DONE this 30th day of June, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE